# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PICKWICK PLACE, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No.  2:17-00822-AKK |
| **vs.** ) | |
| ) | |
| **SJP INVESTMENT PARTNERS, LLC** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION FOR FINAL DISMISSAL

**COMES NOW**, SJP INVESTMENT PARTNERS, LLC (SJP), and moves the Court for a final dismissal and closure of this matter based upon the following:

1. On August 21, 2017, the Court entered an Order (Doc No. 10) dismissing this case with prejudice yet retaining jurisdiction in the event the parties could not effectuate their settlement.

2. On November 29, 2017, Pickwick Place, Inc. (Pickwick) filed a Motion to Enforce Settlement Agreement (Doc No. 11).

3. The parties are delighted to report that through mediation with the Honorable Thomas Woodall and their efforts have resolved all the disputes and controversies between them and have reached a global settlement.  The settlement includes a provision for Justice Woodall to arbitrate any disputes that may occur in the future.  Therefore, it is no longer necessary for the Court to retain jurisdiction.

4. The filing of this Motion and an appropriate Order from the Court is the last piece in order for the refinancing of the subject hotel to occur.

5. This Motion is filed with the consent and approval of counsel for Pickwick.

**WHEREFORE, PREMISES CONSIDERED**, SJP respectfully prays the Court enter an Order dismissing and closing this matter finally and completely with the specific provision that the court no longer retains jurisdiction.

          Respectfully Submitted,

          /s James S. Ward
          JAMES S. WARD
          One of the Attorneys for SJP Investment Partners, LLC

**OF COUNSEL:**
Ward & Cooper, LLC
2100A Southbridge Parkway, Suite 580
Birmingham, Alabama 35209
Telephone:   205-871-5404
Facsimile:   205-871-5758
jward@wardcooperlaw.com

### CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing has been sent to all counsel of record via electronic mail and/or U.S. Mail, postage prepaid and properly addressed this the 20th day of July, 2018.

Brett Warren Aaron
Jack Pershing Russell
HAND ARENDALL, LLC
1801 5th Avenue North
Suite 400
Birmingham, Alabama 35203
baaron@handarendall.com
jrussell@handarendall.com

          /s James S. Ward
          OF COUNSEL